# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| ALYSSA M. BEILER, EX REL:, | : | No. 131 MM 2021 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| GOVERNOR THOMAS W. WOLF; | : | |
| SECRETARY OF HEALTH ALISON V. BEAM, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 4th day of March, 2022, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are QUASHED.